STATE v. ACKERMAN

No. 447P01

Case below: 144 N.C. App. 452

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 October 2001.

STATE v. ADKINS

No. 9A94-4

Case below: Buncombe County Superior Court

"Defendant's petition for writ of certiorari to review the order of the Superior Court is denied. Because an evidentiary hearing is now pending in Superior Court on defendant's motion for appropriate relief, this denial is without prejudice to defendant to refile with this Court a petition for writ of certiorari as to issues determined by the Superior Court as a result of that hearing." By order of the Court in conference this 4 day of October 2001.

STATE v. AGUILAR

No. 512P01

Case below: 145 N.C. App. 503

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001.

STATE v. BACON

No. 209A91-5

Case below: Onslow County Superior Court

Motion by defendant for stay of execution denied 25 September 2001.

STATE v. BARKLEY

No. 437A01

Case below: 144 N.C. App. 514

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001.